IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-4098 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| DASON KU, | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1): Receipt of Child Pornography |
| Defendant. | Count 2 |
| | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The Grand Jury charges:

## Count 1
### Receipt of Child Pornography

On or about October 24, 2018, in the Northern District of Iowa and elsewhere, the defendant, DASON KU, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

1

## Count 2
## Possession of Child Pornography

Between on or about October 24, 2018 and March 4, 2021, in the Northern District of Iowa and elsewhere, the defendant, DASON KU, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, an HP laptop computer that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

/s/
Grand Jury Foreperson     12/8/21
                          Date

SEAN R. BERRY
Acting United States Attorney

By: /s/

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed DEC 0 8 2021
ROBERT L. PHELPS, CLERK

2